# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MCDONALD'S CORPORATION, § <br> § <br> Defendant. § <br> § | CASE NO. 2:23-cv-00405-RWS-RSP <br><br> JURY TRIAL DEMANDED |

## STIPULATED DISMISSAL BETWEEN
## ANALYTICAL TECHNOLOGIES, LLC AND MCDONALD'S CORPORATION

Plaintiff Analytical Technologies, LLC ("Plaintiff") and Defendant McDonald's Corporation ("Defendant"), pursuant to Fed. R. Civ. P. 41, hereby stipulate to an order dismissing WITH PREJUDICE all claims for relief against Defendant in this case, with each party to bear its own attorneys' fees, costs of court and expenses.

A proposed ORDER GRANTING STIPULATED DISMISSAL BETWEEN ANALYTICAL TECHNOLOGIES, LLC AND MCDONALD'S CORPORATION is attached hereto.

Dated: March 8, 2024

By: /s/ Robert L. Lee
Robert L. Lee (GA Bar No. 443978)
Shaleen J. Patel (GA Bar No. 295554)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: 404-881-7635
Facsimile: 404-881-7777
bob.lee@alston.com
shaleen.patel@alston.com

*Counsel for Defendant McDonald's Corporation*

Respectfully submitted,

By: /s/ Donald R. McPhail
Donald R. McPhail (*admitted*)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

*Counsel for Plaintiff Analytical Technologies, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff Analytical Technologies, LLC and Defendant McDonald's Corporation.

*/s/ Donald R. McPhail*
Donald R. McPhail

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Diana Bowen*